IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUKMINESH MEHTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-917 (RDA/IDD) |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan Davis on October 6, 2022. Dkt. 5. In this case involving allegations of various Section 1983 and constitutional violations, Judge Davis recommends that the Court deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Davis' Recommendation was October 20, 2022. To date, no objections have been filed.

After reviewing the record and Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Accordingly, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and Plaintiff

It is SO ORDERED.

Alexandria, Virginia
October 26, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").